IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA MAHONEY AND<br>AMANDA MAHONEY m/d<br>Plaintiffs<br><br>vs.<br><br>WINDHAM PROFESSIONALS, INC.<br>Defendant | CIVIL ACTION<br><br>NO. 1:11-cv-05267-RBK-KMW |

## STIPULATION OF DISMISSAL

AND NOW, this 14th day of February, 2012, it is hereby Stipulated and Agreed by and between counsel for Plaintiffs and counsel for Defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiffs

Garrity, Graham, Favetta & Flinn, PC

BY: /s/ *James S. Murphy*
James S. Murphy
Attorney for Defendant